IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER OLA SCOTT, | : | CIVIL ACTION NO. 3:16-cv-2104 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| FRACKVILLE PRISON, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 14th day of June 2017, upon consideration of Defendants' motion (Doc. 17) for summary judgment pursuant to Federal Rule of Civil Procedure 56, it is hereby ORDERED that:

1. Defendants' motion (Doc. 17) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**